UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES ex rel.<br>JEFFREY H. BYRD,<br><br>    Plaintiff-Relator,<br><br>v.<br><br>ACADIA HEALTHCARE<br>COMPANY, INC. and<br>VERMILION HOSPITAL, LLC,<br><br>    Defendants. | Civil Action No. 18-312-JWD-EWD |

## RELATOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff-Relator Jeffrey H. Byrd ("Relator") hereby moves for partial summary judgment holding that each of the claims identified on Exhibit 27 in the accompanying Appendix constitutes a false claim for purposes of the False Claims Act. In support hereof, Relator submits the accompanying Brief, Concise Statement of Material Facts, and Appendix with exhibits.

This 30th day of June, 2023.

                                                                         Respectfully submitted,

/s/ J. Marc Vezina  
J. Marc Vezina LA BAR #24683  
Kelli M. Khalaf LA BAR #23213  
Vezina and Gattuso, LLC  
401 Weyer St.  
P.O. Box 461  
Gretna, LA 70054  
(504) 368-5223  
(504) 361-3624 (fax)  
jmv@vezinalaw.com  

/s/ David W. Garrison  
David W. Garrison (TN Bar No. 024968)  
Seth M. Hyatt (TN Bar No. 031171)  
Barrett Johnston Martin & Garrison, LLC  

/s/ G. Mark Simpson  
G. Mark Simpson  
Georgia Bar No. 647725  
Simpson Law Firm, LLC  
110 Habersham Drive, Suite 108  
Fayetteville, GA 30214  
(770) 371-5008  
(678) 302-8721 (fax)  
mark@marksimpsonlaw.com

Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
*Counsel for Relator*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day filed a copy of the foregoing document using the Court's CM/ECF system, which will automatically send notice of such filing to counsel of record.

This 30th day of June, 2023.

/s/ G. Mark Simpson
G. Mark Simpson