UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES ex rel.<br>JEFFREY H. BYRD,<br><br>    Plaintiff-Relator,<br><br>v.<br><br>ACADIA HEALTHCARE<br>COMPANY, INC. and<br>VERMILION HOSPITAL, LLC,<br><br>    Defendants. | Civil Action No. 18-312-JWD-EWD |

## JOINT STIPULATION OF DISMISSAL

Plaintiff-Relator Jeffrey H. Byrd ("Relator") and Defendants Acadia Healthcare Company, Inc. and Vermilion Hospital, LLC ("Defendants") (Relator and Defendants are collectively referred to as the "Parties") hereby notify the Court that they have entered into an Agreement resolving all remaining claims in this case (the "Settlement Agreement"). Pursuant to the Settlement Agreement, the Parties stipulate and agree as follows:

    1.    Pursuant to Fed. R. Civ. P. 41(a)(1), the Parties stipulate to the dismissal of this case.[1] Such dismissal shall be with prejudice as to Relator and without prejudice as to the United States.

    2    Counsel for the United States signs below to indicate its consent to the dismissal of this case with prejudice as to Relator and without prejudice as to the United States.

---

[1] The State of Louisiana was previously a party to this case, but was dismissed pursuant to a previous settlement. *See* ECF Docs. 43-45.

Respectfully submitted, this 25th day of March, 2024.

**FOR RELATOR:**

/s/ G. Mark Simpson
G. Mark Simpson
Georgia Bar No. 647725
Simpson Law Firm, LLC
110 Habersham Drive, Suite 108
Fayetteville, GA 30214
(770) 371-5008
(678) 302-8721 (fax)
mark@marksimpsonlaw.com
jmv@vezinalaw.com

/s/ J. Marc Vezina
J. Marc Vezina, TA LA BAR #24683
Kelli M. Khalaf LA BAR #23213
Vezina and Gattuso, LLC
401 Weyer St.
P.O. Box 461
Gretna, LA 70054
(504) 368-5223
(504) 361-3624 (fax)

/s/ David W. Garrison
David W. Garrison (TN Bar No. 024968)
Seth M. Hyatt (TN Bar No. 031171)
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
(615) 252-3798 (fax)
dgarrison@barrettjohnston.com
shyatt@barrettjohnston.com

*Counsel for Relator*

**FOR DEFENDANTS:**

/s/ Jennifer Weaver
Jennifer Weaver *(Pro Hac Vice)* (Tenn. Bar No. 020142)
Andrew F. Solinger (*Pro Hac Vice*) (Tenn. Bar No. 036943)
HOLLAND & KNIGHT, LLP
511 Union St., Suite 2700
Nashville, TN 37219
Telephone: (615) 850-8596
Facsimile: (615) 244-6804
Jennifer.Weaver@hklaw.com
Andrew.Solinger@hklaw.com

James M. Garner (La. Bar No. 19589)
Joshua S. Force (La. Bar No. 21975)
David A. Freedman (La. Bar No. 36463)
SHER, GARNER, CAHILL, RICHTER, KLEIN, MCALISTER & HILBERT, LLC

909 Poydras St., 28th Floor
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
Jgarner@shergarner.com
Jforce@shergarner.com
Dfreedman@shergarner.com

*Attorneys for Defendants Acadia Healthcare Company, Inc. and Vermilion Hospital, LLC.*


**FOR THE UNITED STATES:**

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY


/s/ Chase E. Zachary
Chase E. Zachary, LBN 37366
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: chase.zachary@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day filed a copy of the foregoing document using the Court's CM/ECF system, which will automatically send notice of such filing to counsel of record.

This 25th day of March, 2024.

/s/ G. Mark Simpson

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES ex rel.<br>JEFFREY H. BYRD,<br><br>    Plaintiff-Relator,<br><br>v.<br><br>ACADIA HEALTHCARE<br>COMPANY, INC. and<br>VERMILION HOSPITAL, LLC,<br><br>    Defendants. | Civil Action No. 18-312-JWD-EWD |

## ORDER

Having received the Parties' *Joint Stipulation of Dismissal* and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that this action is **DISMISSED** in its entirety.

**IT IS FURTHER ORDERED** that this dismissal is **WITH PREJUDICE** as to all claims of Relator Jeffrey H. Byrd and **WITHOUT PREJUDICE** as to any claims of the United States of America.

**SO ORDERED** this _____ day of March, 2024, in Baton Rouge, Louisiana.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**