UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES ex rel.<br>JEFFREY H. BYRD,<br><br>    Plaintiff-Relator,<br><br>v.<br><br>ACADIA HEALTHCARE<br>COMPANY, INC. and<br>VERMILION HOSPITAL, LLC,<br><br>    Defendants. | Civil Action No. 18-312-JWD-EWD |

## ORDER

Having received the Parties' *Joint Stipulation of Dismissal* and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that this action is **DISMISSED** in its entirety.

**IT IS FURTHER ORDERED** that this dismissal is **WITH PREJUDICE** as to all claims of Relator Jeffrey H. Byrd and **WITHOUT PREJUDICE** as to any claims of the United States of America.

**SO ORDERED** this  26th day of March, 2024, in Baton Rouge, Louisiana.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**